# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sanrio, Inc. and Disney Enterprises, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Carlos Rocca a/k/a Carlos Salos, an individual and d/b/a Inka Arts a/k/a Inka Imports; Roxana Saltor a/k/a Roxana Rocca a/k/a Roxana Salos, an individual and d/b/a Inka Arts a/k/a Inka Imports; and Does 1 – 10, inclusive, <br><br> Defendants. | Case No.: SACV 11-01921-JLS (JPRx) <br><br> **PARTIAL SATISFACTION OF JUDGMENT PURSUANT TO STIPULATION** |

The Court, having read and considered the Joint Stipulation re Partial Satisfaction of Judgment that has been executed by Plaintiffs Sanrio, Inc. and Disney Enterprises, Inc. (collectively "Plaintiffs") and Defendants Carlos Rocca a/k/a Carlos Salos, an individual and d/b/a Inka Arts a/k/a Inka Imports and Roxana Saltor a/k/a Roxana Rocca a/k/a Roxana Salos, an individual and d/b/a Inka Arts a/k/a Inka Imports (collectively "Defendants") in this action:

GOOD CAUSE APPEARING THEREFORE, THE COURT ORDERS that the Permanent Injunction and findings made by the Court previously in the Judgment Pursuant to Entry of Default entered on or about February 14, 2013, as Docket No. 28 ("Judgment"), shall remain in effect, and further ORDERS as follows:

1)   The monetary portion only, of the Judgment, Docket No. 28, is vacated.

2)   This Partial Satisfaction of Judgment shall be deemed to have been served upon Defendants at the time of its execution by the Court.

3)   The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Partial Satisfaction of Judgment and the remaining Judgment.

4)   This Court shall retain jurisdiction over the Defendants for the purpose of making further orders necessary or proper for the construction or modification of this order and the remaining Judgment; the enforcement hereof; or the punishment of any violations hereof.

Dated: February 26, 2014

**SO ORDERED:**

_____
Honorable Josephine L. Staton
United States District Judge

Sanrio v. Rocca: Partial Satisfaction of Judgment          - 2 -